Argued and submitted May 26, affirmed June 22, 2005

SHINY ROCK MINING COMPANY,
an Oregon corporation,
*Appellant,*

*v.*

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,
a Pennsylvania corporation,
fka Cigna Property and Casualty Insurance Company,
fka Aetna Insurance Company;
and Insurance Company of North America,
a Pennsylvania corporation,
*Respondents.*

00C-12656; A120827

114 P3d 538

Harlan E. Jones argued the cause for appellant. With him on the opening brief were Christopher L. Reive, Linda L. Waugh, and Jordan Schrader PC. With him on the reply brief was Jordan Schrader PC.

Steven P. Soha argued the cause for respondents. With him on the briefs were Christine E. Dinsdale and Soha & Lang, P.S.

Before Haselton, Presiding Judge, and Ortega, Judge, and Deits, Judge pro tempore.

PER CURIAM

## PER CURIAM

In this action seeking insurance reimbursement for environmental remediation costs, plaintiff raises two assignments of error in its challenge of summary judgment for defendant insurer. We reject plaintiff's first assignment of error without discussion. Plaintiff's second assignment of error is resolved by *Schnitzer Investment Corp. v. Certain Underwriters*, 197 Or App 147, 104 P3d 1162 (2005).

Affirmed.